NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael J. Bidart (#60582)
Ricardo Echeverria (#166049)
SHERNOFF BIDART ECHEVERRIA LLP
600 South Indian Hill Boulevard
Claremont, CA 91711
Tel: (909) 621-4935
Email: mbidart@shernoff.com
  recheverria@shernoff.com

ATTORNEY(S) FOR: Plantiff Musso & Frank Grill Co., Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSSO & FRANK GRILL CO., INC., a California corporation,<br><br>　　　　　　　　　　　　Plaintiff(s),<br>v.<br>MITSUI SUMITOMO INSURANCE USA INC., a New York corporation<br><br>　　　　　　　　　　　　Defendant(s) | CASE NUMBER:<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Musso & Frank Grill Co., Inc., a California corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MUSSO & FRANK GRILL CO., INC., a California corporation | Plaintiff |
| MITSUI SUMITOMO INSURANCE USA INC., a New York corporation | Defendant |

April 21, 2020
Date

/s/ Michael J. Bidart
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff MUSSO & FRANK GRILL CO., INC.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: