MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
**SHERNOFF BIDART ECHEVERRIA LLP**
600 South Indian Hill Boulevard
Claremont, California 91711
Telephone:   (909) 621-4935
E-mails: mbidart@shernoff.com
            recheverria@shernoff.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSSO & FRANK GRILL CO., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MITSUI SUMITOMO INSURANCE USA INC., a New York corporation,<br><br>Defendant. | Case No.: 2:20-cv-03667-PA-PVC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(A)(i)** |

    Plaintiff Musso & Frank Grill Co., Inc. ("Plaintiff") hereby acknowledges receipt of the Court's Order in Chambers of April 22, 2020 (Docket No. 9).

    Defendant, Mitsui Sumitomo Insurance USA Inc., has not been served with the Summons and Complaint in this action and has not filed or served an answer or a motion for summary judgment.

1   Therefore, based upon this Court's Order of April 22, 2020 and pursuant to
Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice, and shall proceed with its claims in the Superior Court for the State of California, County of Los Angeles.

Dated:  May 1, 2020    SHERNOFF BIDART ECHEVERRIA LLP

By:   /s/ Michael J. Bidart
      MICHAEL J. BIDART
      RICARDO ECHEVERRIA
      Attorneys for Plaintiff